UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM CONRAD PROFFITT,

      **Plaintiff,**

v.                            **Case No: 6:23-cv-1016-PGB-LHP**

COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act ("**EAJA**") (Doc. 27 (the "**Motion**")), filed January 4, 2024. After considering the parties' memoranda (Doc. 27), Magistrate Judge Leslie Hoffman Price submitted a Report recommending that the Motion be granted in part and denied in part. (Doc. 28). No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation dated January 23, 2024 (Doc. 28), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for an Award of Attorney's Fees Under the EAJA (Doc. 27)

is **GRANTED IN PART** to the extent that Plaintiff is awarded a total

of $4,659.63 in attorneys' fees under the EAJA.

3.      The Motion is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on February 7, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties